UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JOHN EXCEL ARRADONDO,<br><br>Petitioner,<br><br>v.<br><br>TOM ROY, COMMISSIONER OF CORRECTION,<br><br>Respondent. | Case No. 15-cv-2762 (PAM/SER)<br><br><br>**ORDER** |

This matter is before the Court on the Report and Recommendation (R&R) of Magistrate Judge Steven E. Rau dated August 5, 2015 (Docket No. 3). No objections to the R&R were filed within the requisite time period and the Court therefore **ADOPTS** the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

1. Arradondo's petition for a writ of habeas corpus (Docket No. 1) is **DENIED**.

2. Any claims based on Arradondo's 2006 conviction are **DISMISSED with prejudice** and any new claims based on any more recent revocation of conditional release claims are **DISMISSED without prejudice**.

3. No certificate of appealability will issue as to any claims regarding the 2006 conviction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 2, 2015

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge